UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JALAAL ABDULLAH,<br><br>    Plaintiff,<br><br>    v.<br><br>B. PHILLIPS, et al.,<br><br>    Defendants. | Case No.: 1:24-cv-0603 JLT EPG<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 9) |

Jalaal Abdullah initiated this action by filing a civil rights complaint and seeking leave to proceed *in forma pauperis.* (Docs. 1, 2.) After the Court issued an order granting Plaintiff's motion to proceed IFP, the U.S. Postal Service returned the order as undeliverable on June 7, 2024.

The magistrate judge found Plaintiff failed to prosecute the action, failed to comply a Court order, and failed to comply with the Local Rules requiring him to keep the Court informed of a current mailing address. (Doc. 9 at 1-2.) The magistrate judge considered the factors identified by the Ninth Circuit in *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61(9th Cir. 1992), and found the factors weighed in favor of terminating sanctions. (*Id.* at 2-3.) Therefore, the magistrate judge recommended the action be dismissed without prejudice. (*Id.* at 3.)

The Court served the Findings and Recommendations on Plaintiff at the only address on record. However, the Postal Service returned the Findings and Recommendations as "Undeliverable, RTS, Inactive" on September 3, 2024. To date, the Court remains unable to communicate with Plaintiff.

1

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

    1.    The Findings and Recommendations issued on August 16, 2024 (Doc. 9) are **ADOPTED** in full.

    2.    The action is **DISMISSED** without prejudice.

    3.    The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 9, 2024**

UNITED STATES DISTRICT JUDGE